**DISMISS; and Opinion Filed June 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01619-CV

**MARTIN ONTIVEROS AND MARICELLA ROJAS, ET AL., Appellants**
**V.**
**ONCOR ELECTRIC DELIVERY, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02693**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Justice Lang-Miers

By letter dated February 20, 2015, the Court raised a question concerning its jurisdiction over this appeal. To date appellant has not responded to the Court's jurisdictional inquiry. Accordingly, we address our jurisdiction *sua sponte*, as we must. *M.O. Dental Lab. v. Rape,* 139 S.W.3d 671, 673 (Tex. 2004) (per curiam).

Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1(a)(1). The deadline to file a notice of appeal is extended to 90 days after the date the judgment is signed if any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See* TEX. R. APP. P. 26.1(a). A motion for new trial is timely if filed within 30 days of the date the judgment is signed. TEX. R. CIV. P. 329b(a).

The trial court signed its order in this case granting the appellees' motions for summary judgment and finally disposing of all claims of all the parties in the case on September 25, 2015. Accordingly, any motion for new trial was due on or before October 27, 2014. Appellants' motion for new trial was filed on October 29, 2014. Because appellants did not file a timely motion for new trial, appellants' notice of appeal was due on or before October 27, 2014. Appellants' notice of appeal was filed on December 29, 2014, ninety-six days after rendition of final judgment in the trial court, which would have rendered the notice of appeal untimely even if appellants had filed a timely motion for new trial.

Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b). We dismiss the appeal for lack of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

141619F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARTIN ONTIVEROS AND
MARICELLA ROJAS, ET AL., Appellants

No. 05-14-01619-CV          V.

ONCOR ELECTRIC DELIVERY, ET AL.,
Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-02693.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 16th day of June, 2015.